**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **GABINO CABRERA DE LEON** | ) | **CIVIL ACTION NO: 1:26-cv-00208** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGE  DOUGHTY** |
| | ) | |
| **BRIAN ACUNA, ET AL.** | ) | **MAGISTRATE JUDGE AYO** |
| **Respondents.** | ) | |

**ORDER**

Considering the Unopposed Motion For Leave To file an Amended Response to Petitioner's Writ of Habeas Corpus,

IT IS ORDERED that the motion is GRANTED, and the Federal Respondents' Amended Response to Petitioner's writ of Habeas Corpus shall be filed into the record.

THUS DONE AND SIGNED in _____Lafayette_____, Louisiana, this __23rd__ day of February 2026.

David J. Ayo
United States Magistrate Judge